NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

WILLIAM HOOVER,
               Plaintiff,

         v.

A&S COLLECTION ASSOCIATES, INC.
ABC CORPORATIONS 1-10, and JOHN
AND JANE DOES 1-10
               Defendants.
_____

Civil Action No. 2:13-cv-05852

**ORDER**

June 16, 2014

**WIGENTON**, District Judge.

Before this Court is Plaintiff William Hoover's ("Plaintiff") unopposed motion for default judgment with an application for attorney's fees and costs ("Motion"). Plaintiff's Motion is made pursuant to Federal Rule of Civil Procedure 55 and the Fair Debt Collection Practices Act, codified at 15 U.S.C. § 1692, *et seq*.

For the reasons set forth in this Court's Opinion dated June 16, 2014, Plaintiff's Motion is **GRANTED**. Default judgment is to be entered against Defendants in the sum of $6,457.51 (which includes $1,000 in statutory fees, and $5,457.51 for attorney's fees and litigation costs).

      **SO ORDERED**.

                                                        s/Susan D. Wigenton, U.S.D.J.

    cc: Judge Madeline Cox Arleo, U.S.M.J.
        Parties
        Clerk